STEVEN J. EYRE, CB# 119714
3550 WILSHIRE BOULEVARD, SUITE 420
LOS ANGELES, CALIFORNIA 90010
(213) 814-4416
fax (213) 985-2159
stevenjeyre@gmail.com

Attorney for plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| IGNACIO OROZCO,<br><br>Plaintiff,<br><br>-vs.-<br><br>ABEL SANDOVAL, et al.,<br><br>Defendants. | **No. SACV 15-00937 JVS (AJWx)**<br><br>**STIPULATED JUDGMENT AND PERMANENT INJUNCTION** |

Plaintiff Ignacio Orozco filed his Complaint herein on June 12, 2015 for federal trademark infringement and unfair competition under 15 U.S.C. § 1125(a)(1)(A), for commercial disparagement under 15 U.S.C. § 1125(a)(1)(B), for counterfeiting of a federally registered mark under 15 U.S.C. § 1114(1)(a), for state law trade name infringement and dilution under California Business & Professions Code §§ 14330 et seq. and §§ 14402 et seq., for common law interference with prospective business advantage, accounting and injunctive relief ("this Action").

Plaintiff Ignacio Orozco and defendant Abel Sandoval have entered into a Stipulation for Entry of Judgment and Permanent Injunction as to Defendant Abel Sandoval (hereinafter, "the Stipulation") and Settlement Agreement and Mutual Release ("Settlement") with respect to the settlement of this Action as between the parties without adjudication of any issue of fact or law.

THEREFORE, based upon the stipulation of the parties, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

## **FINDINGS**

1. This Court has jurisdiction over the claims brought by plaintiff under 28 U.S.C. §§ 1331 and 1138(a), and under 15 U.S.C. § 1125(a)(1)(A), 15 U.S.C. § 1125(a)(1)(B), 15 U.S.C. § 1114(1)(a) and 15 U.S.C. § 1125(c), as well as over plaintiff's supplemental state law claims, as provided under 28 U.S.C. § 1367. The Court has jurisdiction over the parties.

2. Venue in the Central District of California, United States District Court ("this federal district") is proper.

3. Plaintiffs' Complaint in this action states claims for which relief can be granted.

4. Plaintiff Ignacio Orozco is the owner of the mark VIENTO Y SOLS and of the registration of the mark VIENTO Y SOL with the United States Patent and Trademark Office ("USPTO"), Reg. No. 4,524,385, which registration is in full force and effect as of the date of this stipulation.

5. The parties have entered into the Stipulation freely and without coercion.

6. The parties have acknowledged having reviewed the provisions of the Stipulation as well as this Judgment, and their willingness to abide by their provisions.

7. The parties have stipulated that this Judgment may be entered as set forth below without the taking of evidence, and without trial before a judge or jury, and to resolve all matters of dispute between the parties to the Stipulation.

8. Each party to the Stipulation has waived any right to take an appeal from this Judgment.

9. Each party to the Stipulation has agreed that such party does not, and will not, oppose entry of the Judgment and Permanent Injunction on the grounds that it fails to comply with Rule 65(d) of the Federal Rules of Civil Procedure.

10. Each party to the Stipulation has agreed to bear such party's own costs of suit and attorney's fees incurred in connection with this Action, any and all related settlement procedures, the Stipulation, and any and all actions set forth under the Settlement, unless otherwise expressly indicated in the Stipulation or in the Settlement.

## **ORDER**

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED:

1. This Court has jurisdiction over the subject matter of this action and the parties hereto.

2. Judgment is hereby entered in favor plaintiff Ignacio Orozco and against defendant Abel Sandoval on all causes of action of the Complaint.

3. Defendant Abel Sandoval, his respective officers, agents, servants and employees, and those persons in active concert or participation with any of the foregoing who receive actual notice of this Order by personal service or otherwise are hereby PERMANENTLY ENJOINED AND RESTRAINED from engaging in or performing any of the following acts:

a. Using the mark VIENTO Y SOL, or any colorable imitation or confusingly similar name, logo or identification thereof in connection with advertising or promotion of musical services or products of defendant Abel Sandoval;

**STIPULATED JUDGMENT AND PERMANENT INJUNCTION**

b. Using the mark VIENTO Y SOL, or any colorable imitation or confusingly similar name, logo or identification in any manner for the purpose of enhancing the commercial value of the musical services or products of defendant Abel Sandoval or defendant's musical group, or any person in active concert or participation with defendant;

c. Contacting promoters, advertisers or other business for the purposes of offering the musical services or products of defendant Abel Sandoval in connection with the mark VIENTO Y SOL, or any colorable imitation or confusingly similar name, logo or identification.

4. The Court shall have continuing jurisdiction over the Stipulation and the Judgment, and for applications for contempt or any other related matter.

5. Each party shall be entitled to conduct post-judgment discovery for the purpose of determining compliance and enforcing the terms of the Stipulation, the Settlement and this Judgment.

6. Although the parties may be provided a copy of this Judgment in Spanish, the version that shall be used for the interpretation and enforcement of this Judgment shall be the English version.

7.

IT IS SO ORDERED.

Dated: August 25, 2017   _____
HON. JAMES V. SELNA
United States District Judge